IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CB3004 |
| vs. | ORDER |
| ROBERT STEFONOVICH, | |
| Defendant. | |

Upon the government's motion to reduce the collateral amount due, and for good cause shown:

IT IS ORDERED:

1) The total collateral due amount is reduced from $230.00 to $80.00 which includes the $30 processing fee.

2) Defendant is ordered to pay the fine and costs in full by **June 12, 2017** or appear in court on July 6, 2017 at 1:30 p.m. to show cause why the fine it is not paid in full.

3) Trial is continued pending further order of the court.

4) The United States will serve a copy of this Order on the defendant and file a certificate of service stating it has done so. The certificate of service shall state the method of service, date of service, and identity and address of the person served.

5) The clerk shall forward a copy of this Order to the Central Violations Bureau.

May 5, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge