IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| USA, | |
|---|---|
| Plaintiff, | 4:17CB3004 |
| vs. | |
| ROBERT STEFONOVICH, | ORDER |
| Defendant. | |

I

As requested in the government's motion, (filing no. 19), which is hereby granted,

IT IS ORDERED:

1) The deadline for Defendant to pay his fine is extended to August 10, 2017.

2) If payment is not made in full by August 10, 2017, Defendant is ordered to appear at 9:00 a.m. on September 12, 2017 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

June 23, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge